# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COUNTRY CASUALTY INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>v.<br><br>BROAN-NUTONE, LLC, et al.,<br><br>       Defendants. | Case No. 2:20-cv-02323-APG-NJK<br><br>**ORDER** |

To date, the parties have not filed a joint stipulated discovery plan as required by Local Rule 26-1(a).  The parties are hereby **ORDERED** to file a joint proposed discovery plan, no later than March 31, 2021.

IT IS SO ORDERED.

Dated: March 24, 2021

_____
Nancy J. Koppe
United States Magistrate Judge